

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2015

No. 04-15-00629-CR

**EX PARTE** Kenneth R. **McGRAW**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:        Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On October 5, 2015, relator filed a pro se petition for writ of habeas corpus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 8, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015CR6319, styled *The State of Texas v. Kenneth R. McGraw*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.